**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anthony W. Michaud                    CHAPTER 13
                    Debtor(s)

                                            BKY. NO. 19-11574 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ Rebecca Solarz
                                            Rebecca Solarz
                                            16 Dec 2020, 17:27:40, EST

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322

Document ID: 0214b0c1d579b45119b8cf79a2d8f8fb89fe7424955f3c717499accb12127877