HENRY & BEAVER LLP
By:  Marc A. Hess
Identification No. 55774
937 Willow Street
P.O. Box 1140
Lebanon, PA 17042-1140
(717) 274-3644

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY W. MICHAUD, | : In Proceedings Under |
| Debtor | : Chapter 13 |
| | : |
| | : Case No. 19-11574-amc |

## WITHDRAWAL OF PROOF OF CLAIM NO. 16

COMES NOW, Centric Bank, by and through its undersigned counsel, and does hereby request that the Clerk withdraw Centric Bank's Proof of Claim No. 16, filed July 21, 2020.

HENRY & BEAVER LLP


By:   S/ Marc A. Hess
    MARC A. HESS
    I.D. #55774
    Attorney for Centric Bank