| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-11574-AMC

ANTHONY W MICHAUD  
2134 VERONA DRIVE  
PHILADELPHIA PA  19145

Petition Filed Date: 03/15/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2020 | $1,600.00 | | 07/21/2020 | $875.00 | | 08/24/2020 | $875.00 | |
| 09/22/2020 | $875.00 | | 10/30/2020 | $875.00 | | 11/20/2020 | $875.00 | |
| 12/28/2020 | $875.00 | | 01/26/2021 | $875.00 | | 02/24/2021 | $875.00 | |
| 03/30/2021 | $875.00 | | 04/26/2021 | $875.00 | | 05/24/2021 | $875.00 | |

**Total Receipts for the Period: $11,225.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,626.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD AUTO FINANCE LLC<br>»» 004 | Secured Creditors | $28,728.01 | $2,550.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $148.75 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $619.04 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $2,844.71 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 02S | Secured Creditors | $17,739.27 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $648.81 | $0.00 | $0.00 |
| 7 | TD BANK NA<br>»» 003 | Unsecured Creditors | $9,816.36 | $0.00 | $0.00 |
| 8 | COMCAST INC<br>»» 005 | Unsecured Creditors | $222.84 | $0.00 | $0.00 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 006 | Unsecured Creditors | $648.51 | $0.00 | $0.00 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 007 | Unsecured Creditors | $816.19 | $0.00 | $0.00 |
| 11 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $53,209.88 | $0.00 | $0.00 |
| 12 | NEWREZ LLC D/B/A<br>»» 009 | Mortgage Arrears | $48,437.29 | $0.00 | $0.00 |
| 13 | USAA FEDERAL SAVINGS BANK<br>»» 010 | Secured Creditors | $1,766.79 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,376.17 | $0.00 | $0.00 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 13S | Secured Creditors | $1,277.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-11574-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITY OF PHILADELPHIA (LD) »» 13P | Priority Crediors | $184.17 | $0.00 | $0.00 |
| 17 | CITY OF PHILADELPHIA (LD) »» 13U | Unsecured Creditors | $114.93 | $0.00 | $0.00 |
| 18 | CITY OF PHILADELPHIA (LD) »» 014 | Secured Creditors | $1,575.49 | $0.00 | $0.00 |
| 19 | THE VILLAS AT PACKER PARK CONDO ASSN »» 015 | Secured Creditors | $17,038.00 | $0.00 | $0.00 |
| 20 | CENTRIC BANK »» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | NEWREZ LLC  D/B/A »» 011 | Secured Creditors | $40,353.44 | $0.00 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $13,250.00 | $0.00 | $13,250.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,626.00 | Current Monthly Payment: | $875.00 |
| Paid to Claims: | $2,550.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,313.09 | Total Plan Base: | $55,376.00 |
| Funds on Hand: | $20,762.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.