**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13

**Michaud, Anthony W.**

      **Debtor**

                        :        19-11574

**CERTIFICATE OF SERVICE OF
DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN**

I certify that on <u>July 12, 2021</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's Third Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>July 12, 2021</u>

                         <u> "/s/"Mitchell J. Prince</u>
                         John L. McClain, Esquire
                         Mitchell J. Prince, Esquire
                         Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072