### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony W. Michaud<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　　　　Movant<br>vs.<br>Anthony W. Michaud<br>　　　　　　　　　Debtor(s) | NO. 19-11574 AMC |
| Scott F. Waterman<br>　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this _____ day of _____, 2021 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _August 5, 2021_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: September 30, 2021**

_____
United States Bankruptcy Judge.