UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:

ANTHONY W. MICHAUD	CASE NO. 19-11574-AMC
	CHAPTER 13

Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of EVANS PETREE PC will represent the interests of TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

Jacob Zweig, Esq.
EVANS PETREE PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120

/s/ Jacob Zweig

Jacob Zweig
EVANS PETREE PC
Attorneys for TD Bank
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
(901) 525-6781 telephone
(901) 374-7486 fax
jzweig@evanspetree.com