**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                    **: Chapter 13**

**Michaud, Anthony W.**

      **Debtor**

                                      **:          19-11574**

**CERTIFICATE OF SERVICE OF
DEBTOR'S FOURTH AMENDED CHAPTER 13 PLAN**

I certify that on <u>April 19, 2022</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's FOURTH Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>April 19, 2022</u>

               <u>"/s/"Mitchell J. Prince</u>
               John L. McClain, Esquire
               Mitchell J. Prince, Esquire
               Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072