United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-11574-amc
Anthony W. Michaud Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Apr 27, 2022  Form ID: 155  Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony W. Michaud, 2134 Verona Drive, Philadelphia, PA 19145-5770 |
| 14287823 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14517728 | | Centric Bank, c/o Marc A. Hess,Esquire, 937 Willow Street, P.O. Box 1140, Lebanon, PA 17042-1140 |
| 14517533 | + | Centric Bank, 1826 Good Hope Road, Enola, PA 17025-1233 |
| 14648806 | + | Consumer Payment Processing-, Robertson,Anschutz,Schneid,Crane & Partn, PO Box 272310, Boca Raton, FL 33427-2310 |
| 14308977 | + | DITECH FINANCIAL,LLC, c/o RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 14308978 | + | Ditech Financial LLC, c/o LAUREN BERSCHLER KARL, P.O. Box 305, Ingomar, PA 15127-0305 |
| 14287829 | + | I-wen Michaud, 76 Scarlet Circle, Dover, DE 19904-5650 |
| 14287831 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14292761 | + | Lakeview Loan Serving, c/o FRANCIS THOMAS TARLECKI, McCabe Weisberg & Conway LLC, 123 South Broad Street, Suite 1400 Philadelphia, PA 19109-1060 |
| 14287832 | + | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14287833 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14293342 | + | Nationstar Mortgage LLC D/B/A Mr. Cooper, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14570095 | + | NewRez LLC DBA Shellpoint Mortgage Servicing, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14570005 | + | NewRezLLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14287835 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14312434 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14287836 | + | Shapiro & Denardo, LLC, 3600 Horizon Dr., Ste 150, King of Prussia, PA 19406-4702 |
| 14304756 | + | TD Auto Finance LLC, Trustee Payment Dept., PO Box 16029, Lewiston, ME 04243-9507 |
| 14303938 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14486472 | + | The Villas at Packer Park Condo Assoc, 3 N Columbus Blvd, Philadelphia, PA 19103, 3 N Columbus Blvd, PA 19106-1407 |
| 14307625 | + | USAA Federal Savings Bank, c/o Lisa Cancanon, Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 14287839 | | Usaa Federal Savings B, Po Box 47504, San Antonio, TX 78265 |
| 14287840 | | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14287841 | + | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 14287842 | + | Water Revenue, City of Philadelphia, PO Box 41496, Philadelphia, PA 19101-1496 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14287823 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 28 2022 00:23:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14409584 | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14386957 | | Email/Text: megan.harper@phila.gov | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 28 2022 00:24:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14399925 | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14287827 | + | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | CITY OF PHILADELPHIA WATER REVENUE BUREA, 1401 JOHN F KENNEDY BLVD 5TH FL, PHILADELPHIA PA 19102-1617 |
| 14311433 | + | Email/Text: documentfiling@lciinc.com | Apr 28 2022 00:23:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14287826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:33:32 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14287828 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2022 00:24:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14303916 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2022 00:23:00 | IRS, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14326182 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:23:01 | JPMorgan Chase Bank, N.A, 3415 Vision Drive, OH4-7164, Columbus OH 43219 |
| 14325922 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:23:01 | JPMorgan Chase Bank, N.A., 700 Kansas Lane Mail Code LA4-5555, Monroe, LA 71203 |
| 14287825 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 28 2022 00:22:55 | Chase Mtg, 700 Kansas Lane Mc La4-6, Monroe, LA 71203 |
| 14287832 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 28 2022 00:23:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14293202 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2022 00:23:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14326994 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2022 00:23:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14287834 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2022 00:23:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14468383 | | Email/Text: mtgbk@shellpointmtg.com | Apr 28 2022 00:23:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14449351 | | Email/Text: mtgbk@shellpointmtg.com | Apr 28 2022 00:23:00 | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14331812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:23:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14293775 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14303956 | + | Email/Text: jaxbanko@td.com | Apr 28 2022 00:23:00 | TD Auto Finance LLC, Trustee Payment Dept., PO Box 16041, Lewiston, ME 04243-9523 |
| 14287838 | | Email/Text: bankruptcy@td.com | Apr 28 2022 00:24:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 14684744 | + | Email/Text: bncgeneral@evanspetree.com | Apr 28 2022 00:23:00 | TD Bank, N.A., successor in interest to TD Auto Fi, c/o Jacob Zweig, Esq., Evans Petree,PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 14287837 | + | Email/Text: jaxbanko@td.com | Apr 28 2022 00:23:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 14409382 | + | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 |

Case 19-11574-amc    Doc 137    Filed 04/29/22    Entered 04/30/22 00:33:05    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 155 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14331018 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:24:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, PO BOX 3978, Seattle, WA 98124-3978 |
| 14330718 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:24:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, 2001 Western Ave,, Suite 400, Seattle, WA 98121-3132 |
| 14648805 | + | Email/Text: RASEBN@raslg.com | Apr 28 2022 00:23:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,Crane & Par, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14287839 | | Email/Text: bkelectronicnotices@usaa.com | Apr 28 2022 00:23:00 | Usaa Federal Savings B, Po Box 47504, San Antonio, TX 78265 |
| 14287840 | | Email/Text: bkelectronicnotices@usaa.com | Apr 28 2022 00:23:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14287841 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 28 2022 00:23:00 | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14287824 | | Best Buy/cbna |
| 14287830 | *+ | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14331388 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPE, AZ 85284-0046 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Anthony W. Michaud aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor Anthony W. Michaud aaamcclain@aol.com edpabankcourt@aol.com |

Case 19-11574-amc    Doc 137    Filed 04/29/22    Entered 04/30/22 00:33:05    Desc
Imaged Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 27, 2022 | Form ID: 155 | Total Noticed: 52 |

| | |
|---|---|
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor DITECH FINANCIAL LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| MARC A. HESS | on behalf of Creditor Centric Bank bankruptcy@henrybeaver.com  hess@henrybeaver.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony W. Michaud
      Debtor(s)
                                   Chapter: 13

                                   Bankruptcy No: 19−11574−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 27, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                    Ashely M. Chan
                                                    Judge ,
                                                    United States Bankruptcy Court