**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 19-11574-amc |
| | Chapter 13 |
| Anthony W. Michaud | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 21st day of July, 2022, to the following:

| | |
|---|---|
| John L. McClain<br>John L McClain & Associates, PC<br>P.O. Box 123<br>Narberth, PA 19072-0123<br>aaamcclain@aol.com<br>***Attorney for Debtor(s)*** | Polly A Langdon<br>2901 St. Lawrence Avenue<br>Suite 100<br>Reading, PA 19606<br>ecfmail@readingch13.com<br>***Bankruptcy Trustee Attorney*** |

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
***Chapter 13 Trustee***

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Anthony W. Michaud
2134 Verona Drive
Philadelphia, PA 19145

***Debtor(s)***

                                                   By:       /s/ Steven K. Eisenberg
                                                                Steven K. Eisenberg, Esquire