| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-11574-AMC**

ANTHONY W  MICHAUD　　　　　　　　　　　　　　　　　　　　Petition Filed Date: 03/15/2019
2134 VERONA  DRIVE　　　　　　　　　　　　　　　　　　　　　341 Hearing Date: 04/26/2019
PHILADELPHIA  PA    19145　　　　　　　　　　　　　　　　　Confirmation Date: 04/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $875.00 |  | 05/24/2021 | $875.00 |  | 06/29/2021 | $875.00 |  |
| 08/02/2021 | $875.00 | 8/2/2021 | 09/08/2021 | $875.00 |  | 10/04/2021 | $875.00 |  |
| 11/04/2021 | $875.00 |  | 12/06/2021 | $875.00 |  | 01/06/2022 | $875.00 |  |
| 03/08/2022 | $875.00 |  | 03/09/2022 | $875.00 |  | 03/30/2022 | $875.00 |  |
| 04/29/2022 | $875.00 |  | 06/02/2022 | $875.00 |  | 07/12/2022 | $875.00 |  |

**Total Receipts for the Period:  $13,125.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $37,001.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | TD AUTO FINANCE LLC<br>»» 004 | Secured Creditors | $28,728.01 | $4,650.00 | $24,078.01 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $148.75 | $0.00 | $148.75 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $619.04 | $580.55 | $38.49 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $2,844.71 | $2,667.82 | $176.89 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $648.81 | $0.00 | $648.81 |
| 7 | TD BANK NA<br>»» 003 | Unsecured Creditors | $9,816.36 | $0.00 | $9,816.36 |
| 8 | COMCAST INC<br>»» 005 | Unsecured Creditors | $222.84 | $0.00 | $222.84 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 006 | Unsecured Creditors | $648.51 | $0.00 | $648.51 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 007 | Unsecured Creditors | $816.19 | $0.00 | $816.19 |
| 11 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $53,209.88 | $0.00 | $53,209.88 |
| 12 | NEWREZ LLC  D/B/A<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | USAA FEDERAL SAVINGS BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,376.17 | $0.00 | $1,376.17 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 13S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 13P | Priority Crediors | $184.47 | $173.00 | $11.47 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 13U | Unsecured Creditors | $114.93 | $0.00 | $114.93 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $1,575.49 | $0.00 | $1,575.49 |
| 19 | THE VILLAS AT PACKER PARK CONDO ASSN<br>»» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CENTRIC BANK<br>»» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | NEWREZ LLC  D/B/A<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $13,362.90 | $13,362.90 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $37,001.00 | | Current Monthly Payment: | $875.00 |
| Paid to Claims: | $21,434.27 | | Arrearages: | $0.00 |
| Paid to Trustee: | $3,275.59 | | Total Plan Base: | $54,501.00 |
| Funds on Hand: | $12,291.14 | | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.