IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony W. Michaud<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-11574 - AMC |
| Select Portfolio Servicing, Inc. as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust<br>　　　Movant.<br>v. | CHAPTER 13 |
| Anthony W. Michaud<br>　　　Debtor/Respondent, | |
| Scott Waterman, Trustee<br>　　　Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  September 13, 2022           BY:/s/ Christopher A. DeNardo
                                     Christopher A. DeNardo 78447
                                     Lorraine Gazzara Doyle  34576
                                     LOGS Legal Group LLP
                                     3600 Horizon Drive, Suite 150
                                     King of Prussia, PA 19406
                                     (610) 278-6800
                                     logsecf@logs.com

LLG File #: 22-067723

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony W. Michaud<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-11574 - AMC |
| Select Portfolio Servicing, Inc. as servicer for Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust<br>　　Movant.<br>v.<br><br>Anthony W. Michaud<br>　　Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>　　Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

　　I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 15th day of September, 2022:

Anthony W. Michaud
2134 Verona Drive
Philadelphia, PA 19145

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF


　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com