Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
Chapter 13 Case No. 19-11574-AMC

ANTHONY W  MICHAUD  
2134 VERONA  DRIVE  
PHILADELPHIA  PA    19145

Petition Filed Date: 03/15/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date: 04/27/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $875.00 | | 09/13/2022 | $875.00 | | 10/24/2022 | $875.00 | |
| 11/21/2022 | $875.00 | | 12/27/2022 | $875.00 | | 01/26/2023 | $875.00 | |
| 02/10/2023 | $875.00 | | 03/20/2023 | $875.00 | | 05/15/2023 | $875.00 | |
| 07/26/2023 | $875.00 | | | | | | | |

**Total Receipts for the Period: $8,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $45,751.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TD AUTO FINANCE LLC<br>»» 004 | Secured Creditors | $28,728.01 | $22,636.15 | $6,091.86 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $148.75 | $0.00 | $148.75 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $619.04 | $619.04 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $2,844.71 | $2,844.71 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $648.81 | $0.00 | $648.81 |
| 7 | TD BANK NA<br>»» 003 | Unsecured Creditors | $9,816.36 | $0.00 | $9,816.36 |
| 8 | COMCAST INC<br>»» 005 | Unsecured Creditors | $222.84 | $0.00 | $222.84 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 006 | Unsecured Creditors | $648.51 | $0.00 | $648.51 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 007 | Unsecured Creditors | $816.19 | $0.00 | $816.19 |
| 11 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $53,209.88 | $0.00 | $53,209.88 |
| 12 | SELECT PORTFOLIO SERVICING INC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | USAA FEDERAL SAVINGS BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,376.17 | $0.00 | $1,376.17 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 13S | Secured Creditors | $0.00 | $0.00 | $0.00 |

| 16 | CITY OF PHILADELPHIA (LD) »» 13P | Priority Crediors | $184.47 | $184.47 | $0.00 |
|---|---|---|---|---|---|
| 17 | CITY OF PHILADELPHIA (LD) »» 13U | Unsecured Creditors | $114.93 | $0.00 | $114.93 |
| 18 | CITY OF PHILADELPHIA (LD) »» 014 | Secured Creditors | $1,575.49 | $1,314.39 | $261.10 |
| 19 | THE VILLAS AT PACKER PARK CONDO ASSN »» 015 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CENTRIC BANK »» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | NEWREZ LLC  D/B/A »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $13,362.90 | $13,362.90 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,751.00 | Current Monthly Payment: | $875.00 |
| Paid to Claims: | $40,961.66 | Arrearages: | $1,750.00 |
| Paid to Trustee: | $3,993.09 | Total Plan Base: | $54,501.00 |
| Funds on Hand: | $796.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.