Certificate Number: 03088-PAE-DE-038411458

Bankruptcy Case Number: 19-11574



03088-PAE-DE-038411458

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2024, at 12:54 o'clock PM CDT, Anthony Michaud completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 24, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor