United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                Case No. 19-11574-amc

Anthony W. Michaud                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                                Page 1 of 4

Date Rcvd: May 03, 2024                Form ID: 138OBJ                                Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Anthony W. Michaud, 2134 Verona Drive, Philadelphia, PA 19145-5770 |
| 14517728 | | Centric Bank, c/o Marc A. Hess,Esquire, 937 Willow Street, P.O. Box 1140, Lebanon, PA 17042-1140 |
| 14517533 | + | Centric Bank, 1826 Good Hope Road, Enola, PA 17025-1233 |
| 14648806 | + | Consumer Payment Processing-, Robertson,Anschutz,Schneid,Crane & Partn, PO Box 272310, Boca Raton, FL 33427-2310 |
| 14331388 | | DITECH FINANCIAL LLC, PO BOX 12740, TEMPE, AZ 85284-0046 |
| 14308978 | + | Ditech Financial LLC, c/o LAUREN BERSCHLER KARL, P.O. Box 305, Ingomar, PA 15127-0305 |
| 14721870 | #+ | Federal Home Loan Mortgage Corp., c/o Christopher A. DeNardo, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia PA 19406-4702 |
| 14707290 | + | Federal Home Loan Mortgage Corporation,as Trustee, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14287829 | + | I-wen Michaud, 76 Scarlet Circle, Dover, DE 19904-5650 |
| 14287831 | #+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14292761 | + | Lakeview Loan Serving, c/o FRANCIS THOMAS TARLECKI, McCabe Weisberg & Conway LLC, 123 South Broad Street, Suite 1400 Philadelphia, PA 19109-1060 |
| 14287833 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14293342 | #+ | Nationstar Mortgage LLC D/B/A Mr. Cooper, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14570095 | + | NewRez LLC DBA Shellpoint Mortgage Servicing, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14287835 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14287836 | #+ | Shapiro & Denardo, LLC, 3600 Horizon Dr., Ste 150, King of Prussia, PA 19406-4702 |
| 14304756 | + | TD Auto Finance LLC, Trustee Payment Dept., PO Box 16029, Lewiston, ME 04243-9507 |
| 14303938 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14486472 | + | The Villas at Packer Park Condo Assoc, 3 N Columbus Blvd, Philadelphia, PA 19103, 3 N Columbus Blvd, PA 19106-1407 |
| 14307625 | + | USAA Federal Savings Bank, c/o Lisa Cancanon, Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 14287842 | + | Water Revenue, City of Philadelphia, PoBox 41496, Philadelphia, PA 19101-1496 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14287823 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2024 23:56:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14409584 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14386957 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, |

District/off: 0313-2
User: admin
Page 2 of 4

Date Rcvd: May 03, 2024
Form ID: 138OBJ
Total Noticed: 58

| | | | | |
|---|---|---|---|---|
| | | | | PA 19102-1595 |
| 14399925 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14287827 | + | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | CITY OF PHILADELPHIA WATER REVENUE BUREA, 1401 JOHN F KENNEDY BLVD 5TH FL, PHILADELPHIA PA 19102-1617 |
| 14311433 | + | Email/Text: documentfiling@lciinc.com | May 03 2024 23:56:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14287826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2024 00:09:49 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14287828 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 03 2024 23:56:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14308977 | + | Email/Text: RASEBN@raslg.com | May 03 2024 23:56:00 | DITECH FINANCIAL,LLC, c/o RAS CITRON, LLC, BANKRUPTCY DEPARTMENT, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 14721602 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 03 2024 23:56:00 | Federal Home Loan Mortgage Corporation ,et al, P.O. Box 65250, Salt Lake City , UT , 84165-0250 |
| 14718757 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 03 2024 23:56:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14303916 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2024 23:56:00 | IRS, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14287825 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2024 00:09:58 | Chase Mtg, 700 Kansas Lane Mc La4-6, Monroe, LA 71203 |
| 14326182 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2024 00:09:53 | JPMorgan Chase Bank, N.A, 3415 Vision Drive, OH4-7164, Columbus OH 43219 |
| 14325922 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2024 00:09:47 | JPMorgan Chase Bank, N.A., 700 Kansas Lane Mail Code LA4-5555, Monroe, LA 71203 |
| 14287832 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 03 2024 23:56:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14293202 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 23:56:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14326994 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 23:56:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14287834 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2024 23:56:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14468383 | | Email/Text: mtgbk@shellpointmtg.com | May 03 2024 23:56:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14449351 | | Email/Text: mtgbk@shellpointmtg.com | May 03 2024 23:56:00 | NewRez LLC dba Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14570005 | ^ | MEBN | May 03 2024 23:53:52 | NewRezLLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14331812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2024 00:09:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14293775 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14312434 | ^ | MEBN | May 03 2024 23:53:54 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14303956 | + | Email/Text: jaxbanko@td.com | | |

| | | | |
|---|---|---|---|
| | | May 03 2024 23:55:00 | TD Auto Finance LLC, Trustee Payment Dept., PO Box 16041, Lewiston, ME 04243-9523 |
| 14287838 | | Email/Text: bankruptcy@td.com | |
| | | May 03 2024 23:56:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |
| 14303938 | ^ MEBN | | |
| | | May 03 2024 23:54:03 | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 14684744 | + Email/Text: bncgeneral@evanspetree.com | | |
| | | May 03 2024 23:56:00 | TD Bank, N.A., successor in interest to TD Auto Fi, c/o Jacob Zweig, Esq., Evans Petree,PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 14287837 | + Email/Text: jaxbanko@td.com | | |
| | | May 03 2024 23:55:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 14409382 | + Email/Text: megan.harper@phila.gov | | |
| | | May 03 2024 23:56:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14331018 | + Email/Text: bncmail@w-legal.com | | |
| | | May 03 2024 23:56:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, PO BOX 3978, Seattle, WA 98124-3978 |
| 14330718 | + Email/Text: bncmail@w-legal.com | | |
| | | May 03 2024 23:56:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, 2001 Western Ave,, Suite 400, Seattle, WA 98121-3132 |
| 14648805 | + Email/Text: RASEBN@raslg.com | | |
| | | May 03 2024 23:56:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,Crane & Par, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14287839 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | May 03 2024 23:56:00 | Usaa Federal Savings B, Po Box 47504, San Antonio, TX 78265 |
| 14287840 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | May 03 2024 23:56:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |
| 14287841 | + Email/Text: bkelectronicnotices@usaa.com | | |
| | | May 03 2024 23:56:00 | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14287824 | | Best Buy/cbna |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14287830 | *+ | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes logsecf@logs.com |
| DANIEL P. JONES | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JOHN L. MCCLAIN | on behalf of Debtor Anthony W. Michaud aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Plaintiff Anthony W. Michaud aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor DITECH FINANCIAL LLC lkarl1@rascrane.com  lbkarl03@yahoo.com |
| MARC A. HESS | on behalf of Creditor Centric Bank bankruptcy@henrybeaver.com  hess@henrybeaver.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 18

## *UNITED STATES BANKRUPTCY COURT*
## *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony W. Michaud

             Debtor(s)

Case No: 19−11574−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/3/24

170 − 163
Form 138OBJ
