United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11574-amc
Anthony W. Michaud  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony W. Michaud, 2134 Verona Drive, Philadelphia, PA 19145-5770 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

**Name**      **Email Address**

CHRISTOPHER A. DENARDO
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes logsecf@logs.com

DANIEL P. JONES
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for Freddie Mac SLST 2022-1 Participation Interes djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

JOHN L. MCCLAIN

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Plaintiff Anthony W. Michaud aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN
    on behalf of Debtor Anthony W. Michaud aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

LAUREN BERSCHLER KARL
    on behalf of Creditor DITECH FINANCIAL LLC lkarl@rascrane.com lbkarl03@yahoo.com

MARC A. HESS
    on behalf of Creditor Centric Bank bankruptcy@henrybeaver.com hess@henrybeaver.com

MARTIN A. MOONEY
    on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper mclark@squirelaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interes mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 19

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    ANTHONY W. MICHAUD<br>        Debtor(s)<br>SELECT PORTFOLIO SERVICING, INC., AS SERVICER FOR Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust<br>        Movant<br>v.<br>ANTHONY W. MICHAUD<br>        Debtor(s)<br>SCOTT F. WATERMAN<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 19-11574-amc |

**ORDER**

AND NOW, this ___16th___ day of ___May___, 2024, upon the motion of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  2134 VERONA DR, PHILADELPHIA, PA 19145.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE